IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| George Holmes, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 2:11-1132 |
| v. | ) |
| | ) **ORDER** |
| Sgt. Henry Sims, | ) ) |
| Defendant. | ) ) |

This matter is before the Plaintiff's pro se complaint filed pursuant to 42 U.S.C. § 1983. On June 7, 2011, the Plaintiff filed a motion for a preliminary injunction, and on August 15, 2011, a United States Magistrate Judge issued a report and recommendation ("R&R"), outlining the Plaintiff's motion and finding that the Plaintiff failed to demonstrate irreparable harm or any likelihood of actual and imminent future harm. Accordingly, the Magistrate Judge recommended that the Court deny the Plaintiff's motion for a preliminary injunction. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within fourteen days of the date of service of the R&R. To date, no objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 24), and it is

**ORDERED** that the Plaintiff's motion for a preliminary injunction (Entry 13) is denied.

**IT IS SO ORDERED.**

_____
Sol Blatt, Jr.
Senior United States District Judge

September **20**, 2011
Charleston, South Carolina